# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (BLS) |
| Debtor | (Jointly Administered) |
| MICHAEL GOLDBERG | |
| Plaintiff. | Adv. Proc. No.: 19-50978 (BLS) |
| vs. | |
| JOSEPH A. LOOX | |
| Defendant. | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                              ) ss.:
COUNTY OF NEW YORK  )

ALISON MOODIE, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager Epiq Class Action and Claims Solutions, Inc.,[2] the claims and noticing agent in the above-captioned proceeding. Our business address is 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification number are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

[2] Epiq Class Action and Claims Solutions, Inc. acquired Garden City Group, LLC on June 15, 2018.

-1-

2. On January 5, 2021, I caused to be served the "**Order Assigning Adversary Proceeding to Mediation and Appointing Mediator**," dated January 5, 2021, [Docket No. 29] by causing a true and correct copy to be delivered via electronic mail to: *jospehloox@gmail.com* (a defendant party).

*/s/ Alison Moodie*
Alison Moodie

Sworn to before me this
6th day of January, 2021
*/s/ Regina Amporfro*
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2021