UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re                    )

Woodbridge Group of Companies, LLC  )  Case No. 17-12560-BLS

                  )

         Debtor(s)  )  Adv. Proc. No. 19-50978-BLS

                  )

Michael Goldberg         )

                  )  MEDIATION STATUS REPORT

       Plaintiff(s)  )

                  )

      v.          )

Joseph A. Loox           )

       Defendant(s)  )

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, dated January 5, 2021 , the undersigned mediator reports that the mediation has not been completed and hereby provides a projected schedule for completion.

The undersigned mediator expects that the mediation will be concluded no later than May 31, 2021 *(insert date)* for the following reason(s):

_____    A mediation session is scheduled to occur on

              _____.

  ✔      A mediation session needs to be scheduled, but the mediator has been unable to arrange a date and time.

_____    OTHER:

Dated: January 18, 2021

                                Signature of Mediator

                                Leslie A. Berkoff
                                Name of Mediator
                                400 Garden City Plaza
                                Mailing Address
                                Garden City, NY 11530
                                City, State, Zip Code
                                516-873-2000
                                Phone No.

cc: Counsel of Record
    Pro Se Parties

(9-24-04)