UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------X
In re:                                                                        Bankruptcy Case No.: 17-12560-BLS
Woodbridge Group of Companies, LLC,                        Bankruptcy Chapter: 11

                        Debtor.
---------------------------------------------------------X
Michael Goldberg,                                                         Adv. Pro. No: 19-50978

                      Plaintiff,                          MEDIATOR'S CERTIFICATE
       -against-                                                            OF COMPLETION

Joseph A. Loox,

                     Defendant.
---------------------------------------------------------X

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, dated January 5, 2021, the undersigned mediator reports that I have attempted to contact the defendant on numerous occasions in an effort to conduct the mediation in this matter. All of my efforts have been unsuccessful and none of my emails were returned as undeliverable. As a result, no mediation was able to be conducted on the scheduled date of May 13, 2021. (*complete applicable provisions*)

      (a) The following individuals were present:

        Plaintiff and counsel were available and prepared to participate

(b) The following parties failed to appear and/or participate as ordered:

Defendant: Gregg W. Butler

      (c) The outcome of the mediation conference was:

    _____    The matter has been completely resolved and counsel (or parties) have been instructed to file an appropriate stipulation and proposed order within twenty (20) days of the conference.

    _____    The matter has been partially resolved and counsel (or parties) have been instructed to file an appropriate stipulation and proposed order regarding those claims or issues which have been resolved within twenty (20) days.

    _____    The following issues remain for this court to resolve:

2585200v1

___X___    The matter has not been resolved and should proceed to trial

_____    OTHER:

Dated: May 14, 2021                           *s/Leslie A. Berkoff*
                                          Signature of Mediator

                                          Leslie A. Berkoff
                                          Name of Mediator

                                          400 Garden City Plaza
                                          Mailing Address

                                          Garden City, NY 11530
                                          City, State, Zip Code

                                          516-873-2000
                                          Phone No.

cc:    Counsel of Record
       Pro Se Parties

(9-24-04)

2585200v1