UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------X
In re:                                                                    Bankruptcy Case No.: 17-12560-BLS
Woodbridge Group of Companies, LLC,                      Bankruptcy Chapter: 11

                          Debtor.
---------------------------------------------------------X
Michael Goldberg,                                                    Adv. Pro. No: 19-50978

                        Plaintiff,             AMENDED MEDIATOR'S
                                                                                                      CERTIFICATE
          -against-                                                       OF COMPLETION

Joseph A. Loox,

                        Defendant.
---------------------------------------------------------X

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, dated January 5, 2021, the undersigned mediator reports that I have attempted to contact the defendant on numerous occasions in an effort to conduct the mediation in this matter. All of my efforts have been unsuccessful and none of my emails were returned as undeliverable. As a result, no mediation was able to be conducted on the scheduled date of May 13, 2021. (*complete applicable provisions*)

      (a) The following individuals were present:

        Plaintiff and counsel were available and prepared to participate

      (b) The following parties failed to appear and/or participate as ordered:

Defendant: Joseph A. Loox

      (c) The outcome of the mediation conference was:

        _____    The matter has been completely resolved and counsel (or parties) have been instructed to file an appropriate stipulation and proposed order within twenty (20) days of the conference.

        _____    The matter has been partially resolved and counsel (or parties) have been instructed to file an appropriate stipulation and proposed order regarding those claims or issues which have been resolved within twenty (20) days.

        _____    The following issues remain for this court to resolve:

   __X__      The matter has not been resolved and should proceed to trial

 _____      OTHER:

Dated: June 24, 2021

*s/Leslie A. Berkoff*
Signature of Mediator

Leslie A. Berkoff
Name of Mediator

400 Garden City Plaza
Mailing Address

Garden City, NY 11530
City, State, Zip Code

516-873-2000
Phone No.

cc:    Counsel of Record
       Pro Se Parties

(9-24-04)