# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (JKS) |
| Remaining Debtors. | (Jointly Administered) |
| MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the WOODBRIDGE LIQUIDATION TRUST, | Adversary Proceeding<br>Case No. 19-50978 (JKS) |
| Plaintiff, | |
| v. | |
| JOSEPH A. LOOX, | Ref. Docket Nos. 91 – 96 |
| Defendant. | |

## CERTIFICATE OF SERVICE

I, SHARNA WILSON, hereby certify that:

1. I am employed as a Case Manager by Epiq Class Action and Claims Solutions, Inc., with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 5, 2024, I caused to be served the:

    a. "Plaintiff's Motion for Partial Summary Judgment," dated November 5, 2024 [Docket No. 91],

    b. "Memorandum of Law in Support of Plaintiff's Motion for Partial Summary Judgment," dated November 5, 2024 [Docket No. 92],

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

    c. "Declaration of Bradley D. Sharp in Support of Plaintiff's Motion for Partial Summary Judgment," dated October 15, 2024 [Docket No. 93],

    d. "Declaration of Nicholas R. Troszak in Support of Plaintiff's Motion for Partial Summary Judgment," dated November 1, 2024 [Docket No. 94],

    e. "Declaration of Jason S. Pomerantz in Support of Plaintiff's Motion for Partial Summary Judgment," dated October 31, 2024, [Docket No. 95], and

    f. "Request for Judicial Notice in Support of Plaintiff's Motion for Partial Summary Judgment," dated October 31, 2024 [Docket No. 96],

by causing true and correct copies to be:

    i. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

    ii. delivered via electronic mail to: *josephloox@gmail.com*.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                        */s/ Sharna Wilson*
                                                        Sharna Wilson

**EXHIBIT A**

WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*, Case No. 17-12560 (JKS)
First Class Mail Service List

JOSEPH  LOOX
18641 SATICOY ST APT #2
RESEDA, CA 91335-4954

JOSEPH A LOOX
19644 HARTLAND ST
RESEDA, CA 91335-4954

JOSEPH A LOOX
12806 OTTOMAN ST
PACOIMA, CA 91331