IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] <br><br>               Remaining Debtors. | Chapter 11 <br><br> Case No. 17-12560 (JKS) <br><br> (Jointly Administered) |
| MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the WOODBRIDGE LIQUIDATION TRUST, <br><br>               Plaintiff, <br><br>               v. <br><br> JOSEPH A. LOOX, <br><br>               Defendant. | Adversary Proceeding <br> No. 19-50978 (JKS) <br><br> **Re: Docket No. 91** |

**ORDER GRANTING PLAINTIFF'S
MOTION FOR PARTIAL SUMMARY JUDGMENT**

This matter having come before the Court on *Plaintiff's Motion for Partial Summary Judgment* (the "Motion") filed by Plaintiff, Michael Goldberg, in his capacity as Liquidating Trustee of the Woodbridge Liquidation Trust ("Plaintiff"), who seeks judgment in Plaintiff's favor and against Defendant, Joseph A. Loox, ("Defendant") on certain counts in the *Adversary Complaint: (I) for Avoidance and Recovery of Avoidable Transfers; and (II) for Sale of Unregistered Securities, for Fraud, and for Aiding and Abetting Fraud* [Adv. Docket No. 1] (the "Complaint"); and the Court having determined that the jurisdiction and venue are proper for

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

determination of the subject dispute, and having determined that the Motion and moving papers establish that the Transfers: (a) are property of the estate or an interest therein of the debtor; (b) were made with actual and/or constructive intent to delay, deceive or defraud creditors; (c) are properly avoided in accordance with state and federal law and set aside or recovered for the benefit of the Plaintiff, Woodbridge Liquidation Trust, as represented by Michael Goldberg, in his capacity as Liquidating Trustee, who is vested with all of the respective rights, title and interests of the Debtor's Estate; and (d) there is no genuine dispute as to any material fact and the Plaintiff is entitled to judgment as a matter of law; and (e) the Court having found that due and sufficient notice was given, and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. Judgment is granted in favor of Plaintiff, Michael Goldberg, Liquidating Trustee of the Woodbridge Liquidation Trust, against the Defendant, Joseph A. Loox, in the amount as set forth on the Judgment attached hereto as **Exhibit 1**.

3. Plaintiff is authorized and empowered to take any and all actions necessary or appropriate to consummate, carry out, effectuate, or otherwise enforce the terms, conditions, and provisions of this Order and the Judgment.

4. The Clerk of Court is authorized to take any action that is necessary and appropriate to give effect to this Order and the Judgment.

5. This Court shall retain jurisdiction and power over any and all matters arising from or related to the interpretation, implementation, or enforcement of this Order and the Judgment.

Dated: May 29th, 2025
Wilmington, Delaware

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
District of Delaware

Goldberg,
    Plaintiff

Adv. Proc. No. 19-50978-JKS

Loox,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0311-1      User: admin      Page 1 of 2
Date Rcvd: May 29, 2025      Form ID: pdfjo      Total Noticed: 5

The following symbols are used throughout this certificate:
**Symbol**      **Definition**
\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| intp | + | Epiq Class Action & Claims Solutions, Inc., www.gardencitygroup.com, 1985 Marcus Avenue, Suite 200, Lake Success, NY 11042-2029 |
| dft | + | Joseph A. Loox, 18641 Saticoy Street, #2, Reseda, CA 91335-7414 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | May 29 2025 20:09:00 | U.S. Trustee, Office of United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |
| ust | + | Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | May 29 2025 20:09:00 | U.S. Trustee, Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |
| md | + | Email/Text: lberkoff@moritthock.com | May 29 2025 20:09:00 | Leslie Ann Berkoff, Moritt Hock Hamroff & Horowitz, LLP, 400 Garden City Plaza, Suite 202, Garden City, NY 11530-3327 |

TOTAL: 3

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2025      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 0311-1 | User: admin | Page 2 of 2
Date Rcvd: May 29, 2025 | Form ID: pdfjo | Total Noticed: 5

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Andrew W. Caine | on behalf of Plaintiff Michael Goldberg acaine@pszjlaw.com |
| Bradford J. Sandler | on behalf of Plaintiff Michael Goldberg bsandler@pszjlaw.com  abates@pszjlaw.com |
| Bridget Gallerie | on behalf of Interested Party Epiq Class Action & Claims Solutions  Inc. Pacerteam@choosegcg.com |
| Colin R. Robinson | on behalf of Plaintiff Michael Goldberg crobinson@pszjlaw.com |
| Leslie A. Berkoff | on behalf of Mediator Leslie Ann Berkoff lberkoff@moritthock.com |
| Mary F. Caloway | on behalf of Plaintiff Michael Goldberg mcaloway@pszjlaw.com |

TOTAL: 6